IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOT ALAN PERKET,

                Plaintiff,

v.

LACROSSE COUNTY JAIL DEPUTIES, et al.

                Defendant.

ORDER

16-cv-859-wmc

---

Plaintiff Scot Alan Perket has filed a proposed civil complaint. Plaintiff has not paid the $400 filing fee nor asked for leave to proceed without prepayment of the filing fee. Plaintiff has, however, provided the court with a photocopy of a Wells Fargo $400 money order, made out the Clerk of Courts, dated December 23, 2016. To date, the court has not received this money order. Accordingly, plaintiff's $400 filing fee for this case remains unpaid.

In the event that plaintiff should pursue a request for leave to proceed without prepayment of the filing fee, I note that the court has found that plaintiff's income, assets, and obligations set forth in the affidavits of indigency in his recently filed cases 16-cv-824-wmc and 17-cv-24-wmc do not warrant a determination of indigency.

ORDER

IT IS ORDERED that plaintiff Scot Alan Perket must pay the $400 fee no later than February 13, 2017. If plaintiff fails to do so, then this lawsuit may be dismissed without prejudice to plaintiff refiling it later.

Entered this 23rd day of January, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge